# District of Massachusetts
# Claims Register

### 12-15862 Alvaro M Pereira

**Judge:** William C. Hillman  **Chapter:** 7
**Office:** Boston  **Last Date to file claims:** 09/23/2013
**Trustee:** Debora Casey  **Last Date to file (Govt):** 09/23/2013

| Creditor: (18692070) City of New Bedford Treasurer's Office 133 William Street New Bedford, MA 02740 | Claim No: 1 Original Filed Date: 08/20/2012 Original Entered Date: 08/21/2012 | Status: Filed by: CR Entered by: bt Modified: |
|---|---|---|
| Amount claimed: $42.68 | | |
| History: | | |
| Details ● 1-1 | 08/20/2012 | Claim #1 filed by City of New Bedford, Amount claimed: $42.68 (bt) |
| Description: (1-1) Water bill | | |
| Remarks: | | |

| Creditor: (18982014) Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim No: 2 Original Filed Date: 06/27/2013 Original Entered Date: 06/27/2013 | Status: Filed by: CR Entered by: Kyle Beckman Modified: |
|---|---|---|
| Amount claimed: $13802.02 | | |
| History: | | |
| Details ● 2-1 | 06/27/2013 | Claim #2 filed by Discover Bank, Amount claimed: $13802.02 (Beckman, Kyle ) |
| Description: | | |
| Remarks: | | |

| Creditor: (18692070) City of New Bedford Treasurer's Office 133 William Street New Bedford, MA 02740 | Claim No: 3 Original Filed Date: 07/03/2013 Original Entered Date: 07/03/2013 | Status: Filed by: CR Entered by: Modified: |
|---|---|---|

| Amount claimed: | $42.68 |
|---|---|
| Unsecured claimed: | $42.68 |

*History:*

| Details | 3-1 | 07/03/2013 | Claim #3 filed by City of New Bedford, Amount claimed: $42.68 (admin) |
|---|---|---|---|

*Description:*

*Remarks:*

---

**Creditor:** (19010223)
GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

**Claim No: 4**
*Original Filed Date:* 08/01/2013
*Original Entered Date:* 08/01/2013

*Status:*
*Filed by:* CR
*Entered by:* Ramesh Singh
*Modified:*

| Amount claimed: | $728.97 |
|---|---|

*History:*

| Details | 4-1 | 08/01/2013 | Claim #4 filed by GE Capital Retail Bank, Amount claimed: $728.97 (Singh, Ramesh ) |
|---|---|---|---|

*Description:*

*Remarks:* (4-1) LOWES CONSUMER or GEMB

---

**Creditor:** (19017225)
Bureaus Investment Group Portfolio No 15 LLC
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

**Claim No: 5**
*Original Filed Date:* 08/12/2013
*Original Entered Date:* 08/12/2013

*Status:*
*Filed by:* CR
*Entered by:* Ramesh Singh
*Modified:*

| Amount claimed: | $19168.55 |
|---|---|

*History:*

| Details | 5-1 | 08/12/2013 | Claim #5 filed by Bureaus Investment Group Portfolio No 15 LLC, Amount claimed: $19168.55 (Singh, Ramesh ) |
|---|---|---|---|

*Description:*

*Remarks:* (5-1) HSBC CARD SERVICES, INC.

## Claims Register Summary

**Case Name:** Alvaro M Pereira
**Case Number:** 12-15862

Case 12-15862    Doc 26    Filed 09/24/13    Entered 09/24/13 16:12:47    Desc Main
                           Document      Page 3 of 3

**Chapter:** 7
**Date Filed:** 07/10/2012
**Total Number Of Claims:** 5

| | |
|---|---|
| **Total Amount Claimed*** | $33784.90 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | | |
| **Priority** | | |
| **Administrative** | | |